**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA OLIVE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. SACV 17-1765 SS<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: August 8, 2018

　　　　　　　　　　　　　　　　　　　　／S／
　　　　　　　　　　　　　　　　SUZANNE H. SEGAL
　　　	　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE